## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:   CHAPTER 13 CASE
   NO. 09-31009-DHW

**TRACI S. THOMPSON,**
XXX-XX-5709

    **Debtor.**

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. Responses must be filed electronically with the Clerk or by U.S. mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104.**

### TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN

COMES NOW, the Trustee, by and through the undersigned counsel, and moves this Honorable Court to modify the debtor(s) plan, and as grounds for said motion, states as follows:

1. Internal Revenue Service filed a claim (Court Claim #6 / Trustee Claim #4) in the amount of $7,258.21 of which $2,000.00 is reflected as secured, $3,944.27 as priority, and $1,313.94 as unsecured. Debtor's plan only makes priority provisions in the amount of $404.00.

2. Trustee advised debtor's attorney there were not proper provisions and requested the attorney to either make provisions or object; whichever was more appropriate. As of this date, no action has been taken.

3. For overall feasibility, the priority SMP to IRS and State of Alabama needs to be raised along with debtor's plan payment.

WHEREFORE, the Trustee moves this Honorable Court to amend the debtor's plan to provide as follows:

| Claim No. | Creditor | Status | Value | Interest | SMP |
|---|---|---|---|---|---|
| Ct Cl#6 | Internal Revenue Service | priority | $3,944.27 | | $75.85 |
| | | secured | $2,000.00 | | $42.00 |
| Ct Cl#2 | State of Alabama | priority | $2,303.99 | | $44.31 |

Debtor(s) plan payment shall be raised to $186.00 semi-monthly.

Respectfully submitted this 10th day of December 2009.

                      Curtis C. Reding
                      Standing Chapter 13 Trustee

By: /s/ Sabrina L. McKinney
      Sabrina L. McKinney
      Staff Attorney
      ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 10th day of December 2009.

                      /s/ Sabrina L. McKinney
                      Sabrina L. McKinney

Traci S. Thompson
1097 Marler Road
Pike Road, AL 36064

Vonda McLeod (electronic filing)

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
P.O. Box 21125
Philadelphia, PA 19114

Patricia Conover
Assistant U. S. Attorney
P.O. Box 197
Montgomery, AL 36101-0197

State of Alabama
Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132

Case 09-31009 Doc 26 Filed 12/10/09 Entered 12/10/09 12:44:09 Desc Main
Document Page 2 of 2